# EXHIBIT A

## PLAINTIFF'S CERTIFICATE

I, Neal A. Mitchell ("Plaintiff"), as a trustee of the Mitchell Family Trust U/A DTD 7/17/1987 with Neal Allen Mitchell and Maryanne Catherine Mitchell as trustees, declare, as to the claims asserted under the Federal Securities laws, that:

1. Plaintiff has reviewed the complaint against Taro Pharmaceutical Industries Ltd. and certain other defendants, and authorizes its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including acting as a Lead Plaintiff and providing testimony at deposition and trial, if necessary.

4. Plaintiff represents and warrants that he is fully authorized to enter into and execute this certification.

5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as approved by the court.

6. In addition, Plaintiff has made no transaction(s) in the securities of Taro Pharmaceutical Industries Ltd., except those set forth in the attached Exhibit A.

7. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except if detailed as follows: None.

I declare under penalty of perjury, under the laws of the United States, this 22 day of August, 2024 that the information above is accurate.

*/s/ Neal A. Mitchell*

Neal A. Mitchell, as a trustee of the Mitchell Family Trust U/A DTD 7/17/1987 with Neal Allen Mitchell and Maryanne Catherine Mitchell as trustees

<u>Exhibit A</u>

Purchases

| Date | Number of Shares | Price per Share |
|---|---|---|
| 3/28/2007 | 11200 | $8.25 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Sales

| Date | Number of Shares | Price per Share |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |



August 21, 2024

Neal Mitchell
36 GOLDSTONE CT
DANVILLE, CA 94506
US

# Taro Pharma Industries

Dear Neal Mitchell,

This letter is in response to your request for information on Taro Pharma Industries (Ticker: TARO, Cusip: M8737E108) that is held in your Schwab Living Trust XXXX-X184 registered in the name of Mitchell Family Trust U/A DTD 7/17/1987 with Neal Allen Mitchell and Maryanne Catherine Mitchell as trustees. Between the dates of December 1, 2023 and June 30, 2024 this account held 11,200 shares of TARO in the above referenced account.

This letter is for informational purposes only and is not an official record of the account. Please refer to statements and trade confirmations as they are the official record of account transactions.

**Thank you for choosing Schwab.** We appreciate your business and look forward to serving you in the future. If you have any questions, please call me or any Client Service Specialist at 800-435-9050.

Sincerely,

*Angela Boodee*

Angela Boodee
Sr Specialist, CS&S Partner Support – SPWS
angela.boodee@schwab.com
+1 800-965-3346 x625583
11800 Schwab Way

Austin, TX 78758

©2024 Charles Schwab & Co., Inc. All rights reserved. Member SIPC. (NA) SGC31322-01 06/24