**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NEAL A. MITCHELL, Individually and on Behalf
of All Others Similarly Situated,

                      Plaintiff,

      -against-                                      24 **CIVIL** 6818 (CS)

                                                                       **<u>JUDGMENT</u>**

TARO PHARMACEUTICAL INDUSTRIES
LTD., DILIP SHANGHVI, ABHAY GANDHI,
UDAY BALDOTA, LINDA BENSHOSHAN,
JAMES KEDROWSKI, ODED SARIG, ROBERT
STEIN, SUDHIR VALIA and SUN
PHARMACEUTICAL INDUSTRIES LTD.,

                      Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated October 27, 2025, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        October 27, 2025

                                                                    **TAMMI M. HELLWIG**
                                                                       **Clerk of Court**

                         **BY:**                K. Mango

                                                                       **Deputy Clerk**